AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Luis Vizcarra
955 Camiito Estrella
Chula Vista, California

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05m - 1149-JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 2004 to the present__ in __Suffolk__ county, in the District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)
conspire with Umberto Medrano, Jorge Tirado, Alejandro Rodriguez, and Alejandro Garcilia, and others to distrbute cocaine

in violation of Title __21__ United States Code, Section(s) __846 and 841(a)(1)__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following
Official Title
facts:
see attached affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

*S. Vincent M. Chambers*
Signature of Complainant

Sworn to before me and subscribed in my presence,

9-11-05 at 5:55pm                at   North Reading, Massachusetts
Date                                     City and State

Rober B. Collings, U.S. Magistrate Judge
Name & Title of Judicial Officer                 Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City**    Allston, Jamaica Plain          **Related Case Information:**

**County**    Suffolk          Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Luis Vizcarra                          Juvenile:    ☐ Yes    X No

Alias Name    _____

Address    955 Camiito Estrella, Chula Vista, California

Birthdate: 1975    SS # _____    Sex: Male    Race: Hispanic    Nationalit    Mexican

**Defense Counsel if known:** _____    Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA    William Connolly          Bar Number if applicable _____

**Interpreter:**    X Yes    No          List language and/or dialect:    Spanish

**Matter to be SEALED:**    X Yes    No

X Warrant Requested          ☐ Regular Process          In Custody

**Location Status:**

Arrest Date _____

Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:**    X Complaint    ☐ Information    Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:    September 12, 2005    Signature of AUSA: *[signature]*

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Luis Vizcarra _____

U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | conspiracy to distribute cocaine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____